1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9    GONE, INC.                              CASE NO. CV F 11-0142 LJO SKO

10                  Plaintiff,               **ORDER TO DISMISS AND CLOSE**

11         vs.

     COLUMBIA FINANCIAL
12   INTERNATIONAL, INC.

13                  Defendant.
     _____ /
14

15         On April 18, 2011, Plaintiff filed a notice of voluntary dismissal in the above-titled action.

16   Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED.  All dates are VACATED.  The clerk is

17   directed to CLOSE to action.

18   IT IS SO ORDERED.

19   **Dated:    April 19, 2011**                    _____/s/ Lawrence J. O'Neill_____
                                                     UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28